ACCEPTED
01-14-00373-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 11:21:44 AM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS FOR THE FIRST
## COURT OF APPEALS DISTRICT
### NO. 01-14-00373-CR

**ADRIAN SIMON**
Appellant,

V.

**THE STATE OF TEXAS**
Appellee

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/18/2015 11:21:44 AM

CHRISTOPHER A. PRINE
Clerk

On Appeal From the 228th
District Court of Harris County
Trial Cause 1406854

## CERTIFICATION OF NOTIFICATION OF RIGHT
## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

ANGELA CAMERON counsel for Appellant in the above cause number, respectfully informs the Court counsel sent a copy of this court's opinion to Appellant and informed Appellant of his right to file a pro se petition for discretionary review. This notification was sent by certified mail and a copy of the return receipt is attached

Respectfully submitted,

Alexander Bunin
Chief Public Defender

Angela Cameron
State Bar No. 00788672
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, Texas 77002
Tel: 713-368-0016
Email: angela.cameron@pdo.hctx.net

NO PDR

**SENDER: COMPLETE THIS SECTION**

■ Complete Items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Smith

☑ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery
11-30-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Adrian Simon
Telford Unit
3899 Hwy 98
New Boston TX
                    75570

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7010 1870 0000 4698 5716

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-1540